M. GROH's SONS, Appellant, *v.* JULIA A. GROH, as Executrix of JOHN GROH, Deceased, Respondent.

(Submitted January 4, 1904; decided January 12, 1904.)

Motion for reargument denied, with ten dollars costs. (See 177 N. Y. 8.)

---

EDWIN BURHORN, Respondent, *v.* HENRY B. LOCKWOOD et al., Composing the Firm of LOCKWOOD, HURD & COMPANY, Appellants.

(Submitted January 4, 1904; decided January 12, 1904.)

Motion for reargument denied, with ten dollars costs. (See 177 N. Y. 539.)

---

JOHN C. O'BRIEN, Appellant, *v.* FRANK V. FLECKENSTEIN et al., Respondents, Impleaded with Others.

Reported below, 86 App. Div. 140.
(Submitted January 4, 1904; decided January 12, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the grounds that the appeal was unauthorized and that the Court of Appeals had no jurisdiction to review an order of the Appellate Division reversing a judgment upon the law and the facts.

*John P. Morse* for motion.

*Hugh J. O'Brien* opposed.

Motion denied, with ten dollars costs.